Amy F. Sorenson, Esq. (NV Bar No. 12495)
Erin M. Gettel, Esq. (NV Bar No. 13877)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Email: asorenson@swlaw.com
egettel@swlaw.com

*Attorneys for Plaintiff-in-Interpleader*
*Primerica Life Insurance Company*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>YENITZIA MORELOS, KEVIN MORELOS, JAVIER A. MORELOS, and NADIA M. MORELOS,<br><br>Defendants. | Case No. 2:26-cv-02270-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT YENITZIA MORELOS'S COUNTERCLAIM AGAINST PRIMERICA LIFE INSURANCE COMPANY**<br><br>(***First Request***) |

The Parties, by and through their respective Undersigned Counsel, stipulate and agree that Primerica Life Insurance Company's response to Defendant Yenitzia Morelos's Counterclaim [ECF No. 9] be extended to November 4, 2026, because:

1. On July 24, 2026, Primerica filed the Complaint-in-Interpleader. ECF No. 1.
2. On September 28, 2026, Yenitzia Morelos filed an Answer and Counterclaim. ECF No. 9.
3. Primerica's response to the Complaint is currently due October 19, 2026.
4. The Scheduling Conference pursuant LR 22-1 is scheduled for October 21, 2026.

/ / /

5. To conserve judicial and party resources, Primerica and Yenitzia Morelos agree that Primerica's response deadline should be continued until two weeks after the scheduling conference, to November 4, 2026.

6. This is the first request to extend Primerica's deadline to respond to Yenitzia Morelos's Counterclaim.

Dated: October 15, 2026

HAMILTON LAW

By: /s/ Ryan A. Hamilton
Ryan A. Hamilton, Esq.
Nevada Bar No. 11587
8100 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorney for Defendant Yenitzia Morelos*

SNELL & WILMER L.L.P.

By: */s/ Erin M. Gettel*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Erin M. Gettel, Esq.
Nevada Bar No, 13877
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

*Attorneys for Plaintiff-in-Interpleader Primerica Life Insurance Company*

SNELL & WILMER

**ORDER**

**IT IS SO ORDERED.**

[signature]
UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2026